FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS K. RICKMAN,<br><br>Defendant. | No. 2:20-PO-00104-JTR<br><br>ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE |

**BEFORE THE COURT** is the United States' motion to dismiss, without prejudice, pursuant to FED. R. CRIM. P. 48(a).  ECF No. 12.  The United States is represented by Tyler H.L. Tornabene, a supervising United States Attorney, and legal intern Chelsea Parker.  Defendant is unrepresented.

The United States moves to dismiss the case because, after further consideration of the facts as currently provided by the investigating agency, the interests of justice direct a dismissal without prejudice at this time.  ECF No. 12 at 2.

Good cause appearing therefor, **IT IS HEREBY ORDERED**:

1. The United States' Motion to Dismiss, **ECF No. 12**, and the related motion to expedite, **ECF No. 13**, are **GRANTED**.

2. The pending charges for Discharging Human Waste, in violation of 36 C.F.R. § 327.9(c), Violation No. 9264533; Abandonment of Personal Property, in violation of 36 C.F.R. § 327.15(a), Violation No. 9264539; Unauthorized Occupation, in violation of 36 C.F.R. § 327.22(a), Violation No. 9264540; Failure to Comply with Lawful Order, in violation of 36 C.F.R. § 327.24(b), Violation No.

ORDER - 1

9264541; Burning During Fire Restriction, in violation of 36 C.F.R. § 327.10(b), Violation No. 926542; and Improper Disposal of Household Waste, in violation of 36 C.F.R. § 327.9(a), Violation No. 9264543 are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

DATED November 12, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2